IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Respondent/Plaintiff, | ) | |
| vs. | ) | No. 3:03-CR-164-N |
| | ) | No. 3:06-CV-1830-N (BH) |
| ROY LEE BROWN, | ) | ECF |
| ID # 30753-177, | ) | |
| | ) | |
|     Movant/Defendant. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge regarding the motion under 28 U.S.C.§ 2255 being barred by limitations are correct and they are accepted as the Findings and Conclusions of the Court.

    **SIGNED October 31, 2008.**

_____
**DAVID C. GODBEY**
**UNITED STATES DISTRICT JUDGE**